**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3503SD

_____

| | | |
|---|---|---|
| Cheryl A. Sparagon, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of South Dakota. |
| Kenneth S. Apfel, Commissioner of | * | |
| Social Security, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: April 16, 1998
Filed: April 22, 1998

_____

Before FAGG, JOHN R. GIBSON, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Cheryl A. Sparagon appeals the district court's grant of summary judgment affirming the Commissioner's decision to deny Sparagon disability insurance benefits. Sparagon's appeal presents no novel issues to justify an extended discussion. Having reviewed the parties' briefs and the record, we affirm for the reasons stated in the district court's memorandum opinion and order. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.